UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD PATRICK FLAHERTY,<br><br>    Plaintiff<br><br>v.<br><br>WELLS FARGO BANK NATIONAL ASSOCIATION,<br><br>    Defendant | Case No.: 2:22-cv-00065-APG-NJK<br><br>**Order** |

Defendant Wells Fargo Bank National Association removed this action from state court to the unofficial southern division of the court. ECF No. 1.  However, the complaint mentions the events related to this case occurred in Fernley and Battle Mountain, which are located in the unofficial northern division of this court.  Under Local Rule IA 1-8, "civil actions must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose[, . . . and] the presiding judge may direct that proceedings or trial take place in the division other than the division where filed."  Because the only references in the complaint are to Fernley and Battle Mountain, transfer to the unofficial northern division is appropriate.

I THEREFORE ORDER that this action is transferred to the unofficial northern division of this court for all further proceedings.  The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed, without prejudice to defendant Wells Fargo Bank regarding any federal limitation period and filing fee.

DATED this 14th day of January, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE