Kelly H. Dove, Esq.
Nevada Bar No. 10569
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:   (702) 784-5200
Facsimile:   (702) 784-5252
kdove@swlaw.com
hcheong@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| EDWARD PATRICK FLAHERTY, an individual, | Case No. 3:22-cv-00025-MMD-CLB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |
| vs. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION dba WELLS FARGO BANK NA; and DOES 1-50, ROES 51-100, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Edward Patrick Flaherty ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend Wells Fargo's deadline to file its reply in support of Motion to Dismiss [ECF No. 4] (the "Motion") from February 10, 2022, to February 14, 2022 for the following reasons:

1. Wells Fargo filed the Motion on January 20, 2022 [ECF No. 7].

2. Plaintiff filed an Opposition to the Motion on February 3, 2022 [ECF No. 12].

3. Wells Fargo's reply in support of the Motion is currently due on February 10, 2022.

4. Wells Fargo needs additional time to adequately prepare its reply in support of the Motion.

5. This extension request is sought in good faith and is not made for the purpose of delay.

THEREFORE, the Parties respectfully request an extension for Wells Fargo to file its reply in support of its Motion to Dismiss from February 10, 2022 to and including February 14, 2022.

| | |
|---|---|
| Dated: February 9, 2022 | Dated: February 9, 2022 |
| WILEY PETERSEN | SNELL & WILMER L.L.P. |
| By: */s/ Jonathan D. Blum*<br>Jonathan D. Blum, Esq.<br>Nevada Bar No. 9515<br>1050 Indigo Dr., Suite 200B<br>Las Vegas, NV 89145<br><br>*Attorneys for Plaintiff Edward Patrick Flaherty* | By: */s/ Holly E. Cheong*<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Holly E. Cheong, Esq.<br>Nevada Bar No. 11936<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendant Wells Fargo Bank, N.A.* |

## ORDER

**IT IS SO ORDERED.**

DATED: this 11th day of February, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** by method indicated below:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by, a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

■ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

DATED this 9th day of February, 2022.

/s/ *Maricris Williams*
An employee of SNELL & WILMER L.L.P.

4858-7858-4845