JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Telephone No.: (702) 910-3329
Facsimile No.: (702) 553-3467
jblum@wileypetersenlaw.com

*Attorney for Plaintiff, Edward Patrick Flaherty*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD PATRICK FLAHERTY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION dba WELLS FARGO BANK NA; and DOES 1-50, ROES 51-100.<br><br>Defendants. | CASE NO.: 3:22-cv-00025-MMD-CLB<br><br><u>ORDER GRANTING</u><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT [ECF NO. 30]**<br><br>**(First Request)** |

Plaintiff, Edward Patrick Flaherty ("Plaintiff") and Defendant, Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties"), by and through their undersigned counsel of record, for good cause shown, hereby stipulate and agree to extend Plaintiff's deadline to file his *Reply to Defendants' Opposition to Motion for Leave to Amend Complaint [ECF No. 30]* (the "Reply") from Monday, October 3, 2022 to Monday, October 10, 2022. This is the Parties' first request for an extension. The Parties request the extension for the following reasons:

1. Plaintiff filed the Motion for Leave to Amend Complaint Pursuant to FRCP 15 [ECF No. 26] on September 12, 2022.

2. Defendant filed an Opposition to the Motion on September 26, 2022 [ECF No. 30].

3. Plaintiff's Reply to the Opposition is currently due on Monday, October 3, 2022.

4. Due to the Jewish holidays that began on Monday, September 26, 2022, and other time sensitive motion-practice, Plaintiff's counsel needs additional time to adequately prepare the Reply.

///

THEREFORE, the Parties respectfully request a one-week extension for Plaintiff to file his Reply from October 3, 2022 to and including **October 10, 2022.**

This stipulated extension is for good cause, and not for improper delay.

DATED this 30th day of September, 2022.   DATED this 30 day of September, 2022.

**SNELL & WILMER LLP**   **WILEY PETERSEN**


By: */s/ Holly E. Cheong*   By: _____
KELLY H. DOVE, ESQ.   JONATHAN D. BLUM, ESQ.
Nevada Bar No. 10569   Nevada Bar No. 9515
HOLLY E. CHEONG, ESQ.   1050 Indigo Drive, Suite 200B
Nevada Bar No. 11936   Las Vegas, Nevada 89145
3883 Howard Hughes Parkway, Suite 1100   Ph: 702.910.3329
Las Vegas, Nevada 89169   jblum@wileypetersenlaw.com
kdove@swlaw.com
hcheong@swlaw.com   *Attorneys for Plaintiff*

*Attorneys for Defendant*

**IT IS SO ORDERED.**

### ORDER

**DATED: September 30, 2022**

_____
**United States Magistrate Judge**

Submitted by:

**WILEY PETERSEN**


By: _____
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Ph: 702.910.3329
jblum@wileypetersenlaw.com

*Attorneys for Plaintiff*