```
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
WILEY PETERSEN
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Telephone No.: (702) 910-3329
Facsimile No.: (702) 553-3467
jblum@wileypetersenlaw.com
```

*Attorney for Plaintiff, Edward Patrick Flaherty*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD PATRICK FLAHERTY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION dba WELLS FARGO BANK NA; and DOES 1-50, ROES 51-100.<br><br>Defendants. | CASE NO.: 3:22-cv-00025-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiff, Edward Patrick Flaherty ("Plaintiff") and Defendant, Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties"), by and through their undersigned counsel of record, for good cause shown, hereby stipulate and agree to extend Plaintiff's deadline to file his *Second Amended Complaint* from April 27, 2023 to May 11, 2023. This is the Parties' first request for an extension. The Parties request the extension for the following reasons:

1. On April 12, 2023, this Court held a hearing and issued a minute order regarding Defendant's Motion to Dismiss Amended Complaint (ECF No. 28). The Motion was granted, but Plaintiff was granted leave to file an amended complaint to cure the deficiencies identified. Plaintiff was given 15 days to file an amended complaint, which would be the Second Amended Complaint.

2. Since the hearing, the Parties have engaged in settlement discussions. In order to avoid incurring additional attorneys fees, the Parties seek a two week extension of the deadline in an attempt to fully resolve this matter.

//

1

3. Due to continued discussions of resolution, the Parties respectfully request a two-week extension for Plaintiff to file his Amended Complaint from April 27, 2023 to and including **May 11, 2023.**

This stipulated extension is for good cause, and not for improper delay.

DATED this 20th day of April, 2023.                    DATED this 20th day of April, 2023.

**SNELL & WILMER LLP**                                **WILEY PETERSEN**

*/s/ Kelly Dove*
By:_____                            By:_____
KELLY H. DOVE, ESQ.                                   JONATHAN D. BLUM, ESQ.
Nevada Bar No. 10569                                  Nevada Bar No. 9515
HOLLY E. CHEONG, ESQ.                                 1050 Indigo Drive, Suite 200B
Nevada Bar No. 11936                                  Las Vegas, Nevada 89145
3883 Howard Hughes Parkway, Suite 1100                Ph: 702.910.3329
Las Vegas, Nevada 89169                               jblum@wileypetersenlaw.com
kdove@swlaw.com
hcheong@swlaw.com                                     *Attorneys for Plaintiff*

*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.**

Dated: April 20, 2023

_____
UNITED STATES DISTRICT COURT JUDGE

2