JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Telephone No.: (702) 910-3329
Facsimile No.: (702) 553-3467
jblum@wileypetersenlaw.com

*Attorney for Plaintiff, Edward Patrick Flaherty*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD PATRICK FLAHERTY, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION dba WELLS FARGO BANK NA; and DOES 1-50, ROES 51-100. <br><br> Defendants. | CASE NO.: 3:22-cv-00025-MMD-CLB <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF AMENDED COMPLAINT** <br><br> (Second Request) |

Plaintiff, Edward Patrick Flaherty ("Plaintiff") and Defendant, Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties"), by and through their undersigned counsel of record, for good cause shown, hereby stipulate and agree to extend Plaintiff's deadline to file his *Second Amended Complaint* from May 11, 2023 to May 22, 2023. This is the Parties' second request for an extension. The Parties request the extension for the following reasons:

1. On April 20, 2023, this Court granted the Parties' Stipulation and Order to Extend Deadline for Plaintiff to file Amended Complaint (ECF No. 43), which extended the deadline from April 27, 2023 to May 11, 2023.

2. Since then, the Parties have engaged in settlement discussions. However, Defendant's counsel has been unable to advance such discussions due to illness and other pressing deadlines. The Parties remain cautiously optimistic about settlement, but seek to continue such discussions and avoid incurring additional attorneys' fees by filing further pleadings unnecessarily. The Parties seek an additional 10-day extension of the deadline in an attempt to fully resolve this matter.

1

3. Due to continued discussions of resolution, the Parties respectfully request a ten (10) day extension for Plaintiff to file his Amended Complaint from May 11, 2023 to and including **May 22, 2023.**

This stipulated extension is for good cause, and not for improper delay.

DATED this 10th day of May, 2023.

**SNELL & WILMER LLP**

By: /s/ Kelly H. Dove
KELLY H. DOVE, ESQ.
Nevada Bar No. 10569
HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
kdove@swlaw.com
hcheong@swlaw.com

*Attorneys for Defendant*

DATED this 10th day of May, 2023.

**WILEY PETERSEN**

By:
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Ph: 702.910.3329
jblum@wileypetersenlaw.com

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated May 10, 2023

_____
UNITED STATES DISTRICT COURT JUDGE

2