JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Telephone No.: (702) 910-3329
Facsimile No.: (702) 553-3467
jblum@wileypetersenlaw.com

*Attorney for Plaintiff, Edward Patrick Flaherty*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

EDWARD PATRICK FLAHERTY, an individual,

Plaintiff,

vs.

WELLS FARGO BANK, NATIONAL ASSOCIATION dba WELLS FARGO BANK NA; and DOES 1-50, ROES 51-100.

Defendants.

CASE NO.: 3:22-cv-00025-MMD-CLB

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT**

**(Third Request)**

    Plaintiff, Edward Patrick Flaherty ("Plaintiff") and Defendant, Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties"), by and through their undersigned counsel of record, for good cause shown, hereby stipulate and agree to extend Plaintiff's deadline to file his *Second Amended Complaint* from May 22, 2023 to May 29, 2023. This is the Parties' third request for an extension. The Parties request the extension for the following reasons:

    1.    On May 10, 2023, this Court granted the Parties' Stipulation and Order to Extend Deadline for Plaintiff to file Amended Complaint (Second Request) (ECF No. 45), which extended the deadline from May 11, 2023 to May 22, 2023.

    2.    Since then, the Parties have made substantial progress in reaching a comprehensive settlement. However, some final details require additional client input and approval, before finalization. The Parties are optimistic about settlement, but need a few additional days to finalize the settlement terms, and seek to avoid incurring additional attorneys' fees by filing further pleadings

1

unnecessarily. The Parties seek an additional and final 7-day extension of the deadline in an attempt to fully resolve this matter.

3. The Parties respectfully request a seven (7) day extension for Plaintiff to file his Amended Complaint from May 22, 2023 to and including **May 29, 2023.**

This stipulated extension is for good cause, and not for improper delay.

DATED this __22__ day of May, 2023.   DATED this 22 day of May, 2023.

**SNELL & WILMER LLP**   **WILEY PETERSEN**

By: /s/ Kelly Dove   By: _____
KELLY H. DOVE, ESQ.   JONATHAN D. BLUM, ESQ.
Nevada Bar No. 10569   Nevada Bar No. 9515
3883 Howard Hughes Parkway, Suite 1100   1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89169   Las Vegas, Nevada 89145
kdove@swlaw.com   Ph: 702.910.3329
hcheong@swlaw.com   jblum@wileypetersenlaw.com

*Attorneys for Defendant*   *Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

]Dated May 22, 2023

_____
UNITED STATES DISTRICT JUDGE

4889-7123-5685