JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Telephone No.: (702) 910-3329
Facsimile No.: (702) 553-3467
jblum@wileypetersenlaw.com

*Attorney for Plaintiff Edward Patrick Flaherty*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD PATRICK FLAHERTY, an individual, | CASE NO.: 3:22-cv-00025-MMD-CLB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WELLS FARGO BANK, NATIONAL ASSOCIATION dba WELLS FARGO BANK NA; and DOES 1-50, ROES 51-100. | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby stipulated and agreed between Plaintiff, Edward Patrick Flaherty ("Plaintiff") and Defendant, Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties"), by and through their undersigned counsel of record, that:

1. An order shall be entered dismissing each and all of the claims and causes of action asserted by Plaintiff against Wells Fargo, only, with prejudice;

///

///

///

1

2. The Parties shall bear their own attorneys' fees and costs associated with this action.

**IT IS SO STIPULATED.**

DATED this ___ day of June 2023.

**SNELL & WILMER LLP**

_____
KELLY H. DOVE, ESQ.
Nevada Bar No. 10569
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Ph: 702.784.5200

*Attorneys for Defendant Wells Fargo Bank, N.A.*

DATED this 23 day of June 2023.

**WILEY PETERSEN**

_____
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Ph: 702.910.3329

*Attorneys for Plaintiff Edward Patrick Flaherty*

## ORDER

**IT IS SO ORDERED.**

dated: July 6, 2023

_____
UNITED STATES DISTRICT JUDGE

*Submitted by:*

**WILEY PETERSEN**

_____
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Ph: 702.910.3329

*Attorney for Plaintiff Edward Patrick Flaherty*

4858-4490-0452

2. The Parties shall bear their own attorneys' fees and costs associated with this action.

**IT IS SO STIPULATED.**

DATED this 28th day of June 2023.           DATED this ___ day of June 2023.

**SNELL & WILMER LLP**                       **WILEY PETERSEN**

 /s/ Kelly H. Dove
KELLY H. DOVE, ESQ.                          JONATHAN D. BLUM, ESQ.
Nevada Bar No. 10569                         Nevada Bar No. 9515
3883 Howard Hughes Parkway, Suite 1100       1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89169                      Las Vegas, Nevada 89145
Ph: 702.784.5200                             Ph: 702.910.3329

*Attorneys for Defendant Wells Fargo Bank, N.A.*   *Attorneys for Plaintiff Edward Patrick Flaherty*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

*Submitted by:*

**WILEY PETERSEN**

_____
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Ph: 702.910.3329

*Attorney for Plaintiff Edward Patrick Flaherty*

4858-4490-0452

2